for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James Farraher* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark* and *Messrs. Sewall Key, J. Louis Monarch,* and *S. Dee Hanson* for respondent.

No. 109. BURDICK ET AL., TRUSTEES, *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Dallas S. Townsend* and *Gardner D. Howie* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.

No. 111. AMERICAN BRAKE SHOE & FOUNDRY CO. *v.* ALLTEX PRODUCTS CORP. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edward S. Rogers, George H. Wallace,* and *Karl D. Loos* for petitioner. *Mr. Jacob W. Friedman* for respondent.

No. 114. DUNNING *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Vernon Cook* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *L. W. Post* for respondent.

No. 115. SKOUSEN ET AL. *v.* CONSOLIDATED MOTORS, INC. October 13, 1941. Petition for writ of certiorari